**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANGELA ISAACS,

    Plaintiff,

v.                                              Case No: 8:14-cv-1716-T-30EAJ

ONE TOUCH DIRECT, LLC,

    Defendant.

_____

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Relief from FLSA Scheduling Order and Incorporated Memorandum of Law (Dkt. 33) ("Plaintiff's Motion") and Defendant's Motion to Compel Plaintiff to Provide Adequate Responses to the Court's Interrogatories and Incorporated Memorandum of Law in Response (Dkt. 37) ("Defendant's Motion").  The Court, having carefully reviewed the motions, and being otherwise fully advised in the premises, concludes that Plaintiff's Motion should be denied and Defendant's Motion should be granted.   It is therefore

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Relief from FLSA Scheduling Order and Incorporated Memorandum of Law (Dkt. 33) is DENIED.

2. Defendant's Motion to Compel Plaintiff to Provide Adequate Responses to the Court's Interrogatories and Incorporated Memorandum of Law in Response (Dkt. 37) ("Defendant's Motion") is GRANTED to the extent that

Plaintiff shall file with the Court and serve on Defendant complete and accurate answers to Court Interrogatory No. 6 on or before December 2, 2014. Defendant's request to compel information regarding Plaintiff's attorney's fees is denied. The Court's Interrogatories do not require Plaintiff to provide information regarding attorney's fees.

3. Defendant may request a reasonable accounting of attorney's fees and costs to date from Plaintiff's counsel. If Plaintiff's counsel refuses, Defendant may make an appropriate motion to the Court.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of November, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-1716 deny relief flsa order grant compel.docx