UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA ISAACS, on her own
behalf and on behalf of those similarly
situated,

                          CASE NO.:   8:14-cv-1716-JSM-EAJ

       Plaintiff,

vs.

ONE TOUCH DIRECT, LLC, a Florida
Limited Liability Company,

       Defendant.
_____/

**NOTICE OF FILING CONSENT TO JOIN**

      Plaintiff, ANGELA ISAACS, gives notice of filing the attached Consent to Join on behalf of ALISON REYNOLDS, another similarly situated employee to Plaintiff, who likewise was subjected to the unlawful pay practices alleged, and who wishes to join the above-captioned lawsuit.

      Dated this 6th day of January, 2015.

                                                      Respectfully submitted,

                                                      **/s/ ANGELI MURTHY**
                                                      ANGELI MURTHY, ESQ.
                                                      FL Bar No.:  088758
                                                      MORGAN & MORGAN, P.A.
                                                      600 N. Pine Island Road
                                                      Suite 400
                                                      Plantation, FL 33324
                                                      Tel: 954-318-0268
                                                      Fax: 954-327-3016
                                                      E-mail: Amurthy@forthepeople.com

                                                      *Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January , 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of such filing to all counsel of record.

                                                        **/s/ ANGELI MURTHY**
                                                        ANGELI MURTHY, ESQ.