UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA ISAACS, on her own
behalf and on behalf of those similarly
situated,

        CASE NO.:   8:14-CV-1716-JSM-EAJ

        Plaintiff,

vs.

ONE TOUCH DIRECT, LLC, a
Florida Limited Liability Company,

        Defendant.
_____/

## JOINT NOTICE

Pursuant to the Court's Order of September 9, 2015 [D.E. 85], the parties, by and through their undersigned counsel, hereby give notice that the Consent Period has expired and that payment has been sent out per the Agreement. The parties hereby respectfully request that this matter be dismissed with prejudice.

DATED this 19th day of February, 2016.

| | |
|---|---|
| **/s/ Angeli Murthy** | **/s/ Christine E. Howard** |
| Angeli Murthy, Esquire | Christine E. Howard, Esquire |
| Florida Bar No.: 088758 | Florida Bar No.: 872229 |
| Morgan & Morgan, P.A. | FISHER & PHILLIPS LLP |
| 600 N. Pine Island Road | 101 East Kennedy Blvd. |
| Suite 400 | Suite 2350 |
| Plantation, Florida 33324 | Tampa, FL 33602 |
| Telephone: (954) 318-0268 | Telephone: (813) 769-7500 |
| Facsimile: (954) 327-3016 | Facsimile: (813) 769-7501 |
| Email: amurthy@forthepeople.com | Email: choward@laborlawyers.com |
| *Trial Attorneys for Plaintiff* | *Trial Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of February, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of such filing to all counsel of record.

/s/ **ANGELI MURTHY**
ANGELI MURTHY, ESQ.